UNITED STATES DISTRICT COURT
TROUSDALE, DISTRICT OF TENNESSEE

RECEIVED
OCT 1 5 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

DEDDRICK CLAY, )
)
    Plaintiff, )
)
V. ) CASE No. 1501597 (2018)
)
TROUSDALE TURNER CORRECTIONAL, )
CENTER )
    Defendant. )

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## UNDER 42 U.S.C. § 1983

I.    PREVIOUS LAWSUITS:

    A. Have you begun any other lawsuit in either state or Federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

    YES ✓    NO ___

    B. If your answer to A is YES, describe the lawsuit in the space below.

    1. Parties to the previous lawsuit:

    Plaintiffs: Deddrick Clay #00394617 A.K.A. Derrick Hughes #00394617

    Defendants: Trousdale turner correctional center p.o. box 2080 140 macon way hartsville, tennessee 37074-2080.

2. COURT: The nationwide is on your side insurance company court system 5165 poplar avenue memphis, tennessee 38117.

3. Docket Number: 15-02669156|9791

4. Name of Judge to whom case was assigned: Mrs. Jennifer Jhonson Mitchell

5. Disposition: (dismissed – appealed – pending) Appealed

6. Approximate date of filing lawsuit: October 7, 2025

7. Approximate date of disposition: Appealed

II. PLACE OF PRESENT CONFINEMENT: Trousdale-Turner Correctional Center, 140 Macon Way, Hartsville, TN 37074

A. Is there a prisoner grievance procedure in this institution?

YES ✓   NO ____

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? YES ✓   NO ____

C. If your answer is Yes,

1. What steps did you take? I put in a inmate grievance from what had happen.

2. What was the result? Gangs have taken over the compond inmate grievance department and core civic gaurds with a result because my paperwork is missing.

(Attach copy from each stage which shows results of grievance.)

D.  If your answer to B is No, explain why not: I answered yes.

E.  If there is no prisoner grievance procedure in the institution, did you complain to the prison authorities? YES ✓  NO ___

F.  If your answer is YES,

1. What steps did you take? I told core civic gaurds.

2. What was the result? They did not know what to do.

III. PARTIES:

A.  Name of Plaintiff: Deddrick Clay #00394617

Present Address: Trousdale-Turner Correctional Center, 140 Macon Way, Hartsville, TN 37074

Permanent home address: 3795 windcrest road memphis, tn 38116.

B.  Defendant: Trousdale Turner Correctional Center

Official position: Federal/State Inmate

Address of place of employment: Trousdale Turner Correctional Center p.o. box 2080 140 macon way hartsville, tn 37074-2080.

C.  Additional Defendants: Judge Lee V. Coffee division 7 shelby county criminal justice center 201 poplar avenue memphis, tn 38103.

IV. STATEMENT OF THE CLAIM(S):
(Lawsuit #1) My mother recently died from a heart attack her name was Mrs. Ora Hughes address 8675 rogers park avenue cordova, tennessee 38016 zip code I think she was murdered at the doctors office by untrained employees will you file a lawsuit for malpractice I want all the money I can get a cash amount of $1,000,000,000.00.

(Lawsuit #2) Recently a riot happen in this prison and I got hurt this year and now I am on medication for it gangs took over the jail with weapons and gang attacks on core civic gaurds all of this happen at the trousdale turner correctional center p.o. box 2080 140 macon way hartsville, tennessee 37074-2080 zip code. I want a cash amount of $1,000,000,000.00 From now having high blood pressure and bad chest pains and back pains from hiding under my bunk for days.

(Lawsuit #3) My pastor was murdered this by his girlfriend she shot and killed him for the gangs that took over this prison in a riot this year and I believe it was retaliation for me not wanting to help in the riot and I am not in a gang my pastor name was Mr. Ricky Floyd he preached at the pursuit of god church in memphis tennessee we was fully insured by and at the vatican city vatican church of god I want a cash amount of $1,000,000,000.00 please make a note.

V. RELIEF REQUESTED:

A. I want a cash amount of $1,000,000,000,00.

B. Please send my pardon from the nationwide is on your side insurance company pardon program certificate 5165 poplar avenue memphis, tennessee 38117 zip code.

C. Please send my pardon through from the honorable judge Mr. Chris Craft division 8 shelby county criminal justice center 201 poplar avenue memphis, tennessee 38103 zip code it was for helping him save the world it was called the shelby county criminal justice center pardon program certificate.

D. Please send my pardon through from the shelby training center 3334 old getwell road memphis, tennessee 38114 zip code it was called the shelby training center pardon program certificate. please make a note.

E. And for any such further relief this Court deems just and proper.

I or We do hereby certify under penalty of perjury that the above complaint is true and accurate to the best of my or our knowledge, information, memory and belief.

Signed this the 7 day of October, 20 25.

*Deddrick Clay*

*Signature of Plaintiffs*
TDOC number 00394617
Trousdale -Turner Correctional Center
140 Macon Way
Hartsville, TN 37074

6 of 6

Case 3:25-cv-01196    Document 1    Filed 10/15/25    Page 6 of 7 PageID #: 6

DERRICK HUGHES #00394617
TROUSDALE TURNER CORRECTIONAL CENTER
P O BOX 2080
140 MACON WAY  ALPHA A 124
HARTSVILLE TENNESSEE 37074-2080

NASHVILLE TN 370
10 OCT 2025 AM 5 L

RECEIVED
OCT 15 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

IMPORTANT MAIL

THE CLERK OF COURT FOR
THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE
DISTRICT OF TENNESSEE
719 CHURCH STREET
NASHVILLE TENNESSEE 37203

37203-709499

